# Third District Court of Appeal
## State of Florida

Opinion filed April 19, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-837
Lower Tribunal No. 20-4559
_____

**Daniel Garcia,**
Appellant,

vs.

**Samantha J. Perez,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Spencer Multack, Judge.

Mandel Law Group, P.A., and Roberta G. Mandel, for appellant.

The Joseph Firm, P.A., and Marck K. Joseph, for appellee.

Before FERNANDEZ, C.J., and SCALES and HENDON, JJ.

PER CURIAM.

Affirmed.